1  Eugene Ryu (SBN 209104)
2  Gene.Ryu@klgates.com
   Zain Zubair (SBN 323273)
3  Zain.Zubair@klgates.com
4  **K&L GATES LLP**
   10100 Santa Monica Blvd, 8th Floor
5  Los Angeles, CA 90067
6  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
7
8  Attorneys for Defendants BAMBUZA OC
   VENTURES LLC and BAMBUZA SMF
9  VENTURES LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMIRO LOBATO BARCENAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAMBUZA OC VENTURES LLC, a California limited liability company; BAMBUZA SMF VENTURES LLC, a California limited liability company; and DOES 1 through 10, inclusive.<br>Defendants. | Case No.<br><br>**DEFENDANTS BAMBUZA OC VENTURES LLC AND BAMBUZA SMF VENTURES LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Orange County Superior Court Case No. 30-2024-01415928-CU-OE-CXC *(originally filed in County of Orange Superior Court on July 30, 2024)* |

**TO THE CLERK OF THE FEDERAL DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Bambuza OC Ventures LLC and Bambuza SMF Ventures LLC ("Defendants"), by and through its counsel, hereby states that, to its knowledge at the time of this filing, there are no parent corporations and/or publicly held corporations owning 10% or more of Defendants' stock. Defendants are privately held companies. Defendants will amend this Corporate Disclosure Statement should additional information become available.

Dated:       October 16, 2024

K&L GATES LLP

By: _____
EUGENE RYU
ZAIN ZUBAIR

Attorneys for Defendants
BAMBUZA OC VENTURES LLC
and BAMBUZA SMF VENTURES LLC