1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Eugene Ryu (SBN 209104)
Gene.Ryu@klgates.com
Zain Zubair (SBN 323273)
Zain.Zubair@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd, 8th Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Attorneys for Defendants BAMBUZA OC
VENTURES LLC and BAMBUZA SMF
VENTURES LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMIRO LOBATO BARCENAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAMBUZA OC VENTURES LLC, a California limited liability company; BAMBUZA SMF VENTURES LLC, a California limited liability company; and DOES 1 through 10, inclusive.<br>Defendants. | Case No.<br><br>**DEFENDANTS BAMBUZA OC VENTURES LLC AND BAMBUZA SMF VENTURES LLC'S CERTIFICATE OF INTERESTED PARTIES**<br><br>Orange County Superior Court Case No. 30-2024-01415928-CU-OE-CXC *(originally filed in County of Orange Superior Court on July 30, 2024)* |

**TO THE CLERK OF THE FEDERAL DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The undersigned counsel of record for Defendants Bambuza OC Ventures LLC and Bambuza SMF Ventures LLC hereby certifies that the following listed parties may have a pecuniary interest in the outcome of this case:

- K&L Gates LLP, Counsel for Defendant
- Bambuza OC Ventures LLC, a limited liability company
- Bambuza SMF Ventures LLC, a limited liability company

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:          October 16, 2024                      K&L GATES LLP

By: _____
EUGENE RYU
ZAIN ZUBAIR

Attorneys for Defendant
BAMBUZA OC VENTURES LLC
and BAMBUZA SMF VENTURES
LLC

2