**NOTE: CHANGES MADE BY COURT**

# JS-6

1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JOSE RAMIRO LOBATO BARCENAS, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; | Case No. 8:24-cv-02234-FWS-KES |
| | *Assigned to: Hon. Fred W. Slaughter* |
| 13        Plaintiff, | |
| 14     v. | **ORDER RE JOINT MOTION TO REMAND REMOVED ACTION [13]** |
| 15  BAMBUZA OC VENTURES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; BAMBUZA SMF VENTURES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND DOES 1 THROUGH 10, INCLUSIVE, | |
| 19        Defendants. | |

20   ///

21   ///

22   ///

23

24

25

26

27

28

1

1       Having reviewed and considered the Joint Motion to Remand Removed Action [13]

2   ("Stipulation"), the files and records of the case, the applicable law, and for the good cause

3   demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the

4   following:

5

6       The above-captioned case is **REMANDED** to Superior Court of the State of

7   California in and for the County of Orange, as Case Number 30-2024-01415928-CU-

8   OE-CXC.

9

10   Dated: November 15, 2024

11

12

13                   Hon. Fred W. Slaughter
                 UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28